# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN PEARCE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> LUKE PETTIGREW, ) <br> ) <br> Respondent. ) | Case No. CIV-21-00676-PRW |

## ORDER

This matter is before the Court on United States Magistrate Suzanne Mitchell's Report and Recommendation (Dkt. 7), entered on August 18, 2021. The Court observes that no party has objected to the Report and Recommendation within the time limits prescribed. The Court has also reviewed Magistrate Judge Mitchell's Report and Recommendation (Dkt. 7) de novo and agrees with the reasoning and conclusions therein. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation (Dkt. 7) and **DISMISSES** the Petition for Writ of Habeas Corpus (Amended) (Dkt. 6) for lack of exhaustion.

**IT IS SO ORDERED** this 20th day of September 2021.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE